IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DORIAN CARTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 09-1638 |
| ) | Judge Conti |
| JOSEPH VINCENT LUVARA, and ) | Magistrate Judge Bissoon |
| JEFFREY MANNING, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

Dorian Carter's civil rights complaint was received by this court on December 14, 2009, and was referred to United States Magistrate Judge Cathy Bissoon for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules for Magistrate Judges.

The magistrate judge's Report and Recommendation, filed on December 30, 2009, recommended that the complaint be dismissed as frivolous (Doc. 5). A copy of the Report and Recommendation was served on plaintiff by First Class United States Mail at his place of incarceration. Objections were due on or before January 13, 2010. No objections have been filed.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 5th day of February, 2010,

IT IS HEREBY ORDERED that the complaint is DISMISSED. The clerk is directed to mark this case CLOSED.

The Report and Recommendation of Magistrate Judge Bissoon (Doc. 5), dated December 30, 2009, is adopted as the opinion of the court.

s/Joy Flowers Conti  
Joy Flowers Conti  
U.S. District Court Judge

cc:
DORIAN CARTER
GU-5205
S.C.I. at Pine Grove
191 Fyock Road
Indiana, PA 15701